UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUIS DOTSON, individually and on behalf of those similarly situated,<br><br>      Plaintiff,<br><br> -against-<br><br>MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC. and JOHN DOES 1 to 10,<br><br>      Defendants. | Docket No. 2:18-CV-16253-JLL-JAD<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

  Defendants Midland Funding LLC ("Midland") and Midland Credit Management, Inc. ("MCM") by and through their attorneys and pursuant to Federal Rule of Civil Procedure 7.1, submit the following Corporate Disclosure Statement:

  1.  Midland is an indirect subsidiary of Midland Credit Management ("MCM").

  2.  MCM is a wholly-owned subsidiary of Encore Capital Group, L.P. ("Encore").

  3.  Encore is a publically traded corporation.

Dated: New York, New York
    December 4, 2018

               HINSHAW & CULBERTSON LLP
               *Attorneys for Defendants Midland Funding, LLC and*
               *Midland Credit Management, Inc.*

               By: *s/Dana B. Briganti*
                  Dana b. Briganti

               800 Third Avenue, 13th Floor
               New York, New York 10022
               Tel: (212) 471-6200
               Fax: (212) 935-1166
               Email: dbriganti@hinshawlaw.com

TO: All Counsel of Record (Via ECF)