# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUIS DOTSON, individually and on behalf of those similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; and JOHN DOES 1 to 10,<br><br>*Defendants*. | Civil No.: 18-16253 (KSH) (JAD)<br><br><br><br>**ORDER** |

THIS MATTER having come before the Court on (1) the motion (D.E. 12) of defendants Midland Funding, LLC and Midland Credit Management, Inc. ("defendants") to compel arbitration of plaintiff's claims on an individual basis and to dismiss the complaint, and (2) the report and recommendation (D.E. 24) of Magistrate Judge Joseph A. Dickson recommending that the motion be granted; for the reasons set forth in the accompanying opinion,

**IT IS** on this 21st day of January, 2020,

**ORDERED** that the report and recommendation is ADOPTED; and it is further

**ORDERED** that defendants' motion is GRANTED.

The Clerk of the Court is directed to close this case.

/s/ Katharine S. Hayden<br>
Katharine S. Hayden, U.S.D.J.